

| PCN REFERRAL | | |
|---|---|---|
| | **Source** | **Data** |
| Service Loan Number | N/A | ▇ |
| Bankruptcy Chapter | BNK1/Chap | Chapter 13 |
| Bankruptcy Filing Date | BNK1/Filing Dt | 11/6/2014 |
| Bankruptcy Case # | BNK1/Bankruptcy Case # | 14-70784 |
| AITNO/Beneficiary Name/Movant/Plaintiff | Data Warehouse | Embrace Home Loans, Inc. |
| Borrower's Name | DLQ1/C/S | ARLENE LESTER |
| Borrower's last 4 digits of SS# | MAS1/IRS1/SSN/TAXID/MTGR | ▇ |
| Co-borrower's Name | DLQ1/C/D | N/A |
| Co-borrower's last 4 digits of SS# | MAS1/IRS1/SSN/TAXID/COMTGR | N/A |
| Property Address | DLQ1/ASSUM/P: | 278 PLUMMER RD<br>SIDMAN, PA, 15955 |
| Is this property the borrower's primary residence? | Y/N | Y |
| Name and Address for Notices | N/A | RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd.; Suite 200<br>Charlotte, NC 28217<br>(877) 426-8805 |
| Name and Address for Payments | N/A | RoundPoint Mortgage Servicing Corporation<br>PO Box 19409<br>Charlotte, NC 28219-9409 |
| Is Borrower Repeat Filer? | Y/N | N |
| Attorney to Review for Potential Filing Abuse? | Y, N, N/A | N |
| **Referral Package** | | |
| | **Source** | **Data** |
| Escrow Analysis | DocVelocity | Uploaded |
| Rate Change Letter | DocVelocity | N/A |
| ANA1 Screenshot | MSP/LPS | Uploaded |

| PCH2/HPMT Screenshot | MSP/LPS | Uploaded |
|---|---|---|
| Comments/ Findings | All | |

Please find enclosed referral package for **PAYMENT CHANGE NOTICE**. Acknowledge the receipt within 24 hours. Review provided package and request all additional information needed within 72 hours from the receipt.

***PLEASE UPLOAD YOUR INVOICE FOR THIS SERVICE AS NON-RECOVERABLE***

***Note: Please do not file with court until a draft is reviewed and approved by RoundPoint. Please upload the draft to the applicable process within LoanSphere (Signature Required or Document Validation).***



**ESCROW ANALYSIS STATEMENT**

P.O. Box 19210, Charlotte, NC 28219-0229

| | |
|---|---|
| Analysis Date: | 12/18/17 |
| Loan Number: | |
| Mortgagor Name: | ARLENE E LESTER |
| Customer Service: | 800-224-7106 |
| Fax: | 877-776-1112 |
| Online Account Access: | www.embraceloanservicing.com |

ARLENE E LESTER
LESTER
C/O KENETH SEITZ  ATTORNEY
PO BOX 211
LIGONIER     PA  15658

RoundPoint Mortgage Servicing Corporation, on behalf of Embrace Home Loans (RoundPoint) reviews your escrow account annually to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay escrowed items including property taxes, mortgage insurance and homeowner's insurance premiums.

**The amount of your new monthly payment starting March 01, 2018:**

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $309.14 | $309.14 | $0.00 |
| Escrow | 135.27 | 161.52 | 26.25 |
| Shortage/Surplus | 0.00 | 179.82 | 179.82 |
| **Total Payment** | **$444.41** | **$650.48** | **$206.07** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled for submission in March to reflect the new payment listed above. If you are currently set up on ACH draft with RoundPoint, this new amount will automatically take effect with your March draft.

The amount we collect each month to be held in your escrow account may change based on increases or decreases to your escrowed items including property taxes, mortgage insurance and homeowner's insurance premiums. The information below compares the amounts RoundPoint expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid | Difference |
|---|---|---|---|
| CITY/VILL TA | N/A | $391.95 | $391.95 |
| FLOOD INS | N/A | $694.00 | $694.00 |
| HAZARD INS | N/A | $665.52 | $665.52 |
| SCHOOL TAX | N/A | $186.80 | $186.80 |
| **Total Annual Escrow Payments** | **$1,623.24** | **$1,938.27** | **$315.03** |
| **Monthly Escrow Payments** | **$135.27** | **$161.52** | **$26.25** |

According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $323.04 in April. This means you have a *shortage* of $2,157.79 in your escrow account.

NOTE: A(n) 2 month cushion was used to determine the minimum required balance.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| -$1,834.75 | minus | $323.04 | equals | ($2,157.79) |

**Please write your loan number on your check and mail this portion with your payment.**



**ESCROW SHORTAGE COUPON**

Loan Number:
Name: ARLENE E LESTER

Shortage Amount: $2,157.79

RoundPoint Mortgage Servicing Corporation, on behalf of Embrace Home Loans
P.O. Box 674150, Dallas, TX 75267-4150

**You have the following options to repay your Escrow Shortage:**

**A.** **Repay the Escrow Shortage Monthly** – The total shortage has been divided over 12 months and $179.82 will automatically be added to your monthly payment beginning March 01, 2018.

**B.** **Repay the Escrow Shortage in Full** – Please submit a check in the amount of $2,157.79 along with this coupon to the address listed. Your new monthly payment will be $470.66 once the full escrow shortage is paid in full.

**Amount Enclosed $**_____

**ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY**

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | -$1,071.84 | | |
| March | FLOOD INS | 161.52 | 694.00 | -1,604.32 | 323.04 | -1,927.36 |
| April | CITY/VILL TA | 161.52 | 391.95 | -1,834.75 | 323.04 | **-2,157.79** ** |
| May | | 161.52 | 0.00 | -1,673.23 | 323.04 | -1,996.27 |
| June | | 161.52 | 0.00 | -1,511.71 | 323.04 | -1,834.75 |
| July | | 161.52 | 0.00 | -1,350.19 | 323.04 | -1,673.23 |
| August | SCHOOL TAX | 161.52 | 186.80 | -1,375.47 | 323.04 | -1,698.51 |
| September | | 161.52 | 0.00 | -1,213.95 | 323.04 | -1,536.99 |
| October | | 161.52 | 0.00 | -1,052.43 | 323.04 | -1,375.47 |
| November | | 161.52 | 0.00 | -890.91 | 323.04 | -1,213.95 |
| December | | 161.52 | 0.00 | -729.39 | 323.04 | -1,052.43 |
| January | | 161.52 | 0.00 | -567.87 | 323.04 | -890.91 |
| February | HAZARD INS | 161.52 | 665.52 | -1,071.87 | 323.04 | -1,394.91 |

**Low Balance used to determine escrow shortage or surplus. The Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, state law and your mortgage documents, and may include a cushion of up to 1/6th of the scheduled escrowed disbursements. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase, and may be used to pay escrow advances.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | -$845.26 |
| March | CITY/VILL TA | 0.00 | 135.27 * | 0.00 | 396.08 * | -1,106.07 |
| April | FLOOD INS | 0.00 | 135.27 * | 0.00 | 1,124.00 * | -2,094.80 |
| May | | 0.00 | 18.12 * | 0.00 | 0.00 | -2,076.68 |
| June | | 0.00 | 106.77 * | 0.00 | 0.00 | -1,969.91 |
| July | SCHOOL TAX | 0.00 | 0.00 | 0.00 | 186.65 * | -2,156.56 |
| November | | 0.00 | 171.49 * | 0.00 | 0.00 | -1,985.07 |
| December | | 0.00 | 405.81 * | 0.00 | 0.00 | -1,579.26 |
| February | HAZARD INS | 0.00 | 135.27 * | 0.00 | 665.52 * | -2,109.51 |
| February | FLOOD INS | 0.00 | 0.00 | 0.00 | 694.00 * | -2,803.51 |
| March | CITY/VILL TA | 0.00 | 270.54 * | 0.00 | 391.95 * | -2,924.92 |
| April | | 0.00 | 405.81 * | 0.00 | 0.00 | -2,519.11 |
| June | | 0.00 | 135.27 * | 0.00 | 0.00 | -2,383.84 |
| August | SCHOOL TAX | 0.00 | 0.00 | 0.00 | 186.80 * | -2,570.64 |
| October | | 0.00 | 1,082.16 * | 0.00 | 0.00 | -1,488.48 |
| December | | 0.00 | 811.62 E | 0.00 | 0.00 E | -676.86 |
| January | | 0.00 | 135.27 E | 0.00 | 0.00 E | -541.59 |
| February | HAZARD INS | 0.00 | 135.27 E | 0.00 | 665.52 E | -1,071.84 |

An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

RoundPoint appreciates your business. If you have questions regarding this statement or if we can be of further assistance please call us at 800-224-7106. Our offices are open Monday through Friday from 8:00 a.m. until 9:00 p.m. and Saturday from 10:00 a.m. until 3:00 p.m. Eastern Time.

To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please write to us at:

> Embrace Home Loans
> c/o RoundPoint Mortgage Servicing Corporation
> P.O. Box 19124, Charlotte, NC 28219-0229

Federal law requires us to advise you that RoundPoint Mortgage Servicing Corporation (NMLS ID 18188) is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy proceeding, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect indebtedness as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

Notice to Customers:  RoundPoint may report information about your other defaults on your account may be reflected in your credit report.

FOR TEXAS RESIDENTS: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

FOR COLORADO RESIDENTS: RoundPoint Mortgage Servicing Corporation maintains an in-state office as required by 4 Code of Colorado 903-1. Colorado Manager, Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020 Phone: 303-920-4763

FOR NORTH CAROLINA RESIDENTS: RoundPoint Mortgage Servicing Corporation is physically located at 5016 Parkway Plaza Blvd, Charlotte, NC 28217. North Carolina Collection Agency permit no. 102965.



