**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-70784-JAD |
| Arlene E. Lester, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED FEBRUARY 22, 2018**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of February, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated February 22, 2018, the Amended Chapter 13 Plan dated February 22, 2018, along with a copy of the Order dated February 23, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>February 27, 2018</u>

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          7                                       Advanced Call Center Technologies, LLC
0315-7                                   U.S. Bankruptcy Court                   P.O. Box 9091
Case 14-70784-JAD                        5414 U.S. Steel Tower                   Gray, TN 37615-9091
WESTERN DISTRICT OF PENNSYLVANIA         600 Grant Street
Johnstown                                Pittsburgh, PA 15219-2703
Thu Feb 22 13:33:13 EST 2018

Allegheny Anesthetists, LLC              American InfoSource LP as agent for     Bby/Cbna
P.O. Box 108                             Verizon                                 50 Northwest Point Road
Hollidaysburg, PA 16648-0108             PO Box 248838                           Elk Grove Village, IL 60007-1032
                                         Oklahoma City, OK 73124-8838


Best Buy Credit Services                 Cap1/Bstby                              Cavalry Portfolio Serv
P.O. Box 183195                          26525 N Riverwoods Blvd                 Po Box 27288
Columbus, OH 43218-3195                  Mettawa, IL 60045-3440                  Tempe, AZ 85285-7288


Cavalry SPV I, LLC                       Embrace Home Loans                      Embrace Home Loans, Inc.
500 Summit Lake Drive, Ste 400           P.O. Box 8068                           3637 Sentara Way
Valhalla, NY 10595-1340                  Virginia Beach, VA 23450-8068           Virginia Beach, VA 23452-4262


GECRB/JCP                                Holiday Financial Serv                  Loancare Servicing Center
P.O. Box 960090                          1451 Scalp Ave Ste 1                    3637 Sentara Way
Orlando, FL 32896-0090                   Johnstown, PA 15904-3334                Virginia Beach, VA 23452-4262


McKelvey Oil Company, Inc.               Northwest Consumer Dis                  Office of the United States Trustee
447 Eisenhower Blvd.                     500 Galleria Dr Ste 164                 Liberty Center.
Johnstown, PA 15904-4400                 Johnstown, PA 15904-8902                1001 Liberty Avenue, Suite 970
                                                                                 Pittsburgh, PA 15222-3721


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Remit Corp                              Roundpoint Mortgage Servicing Corp.
PO BOX 41067                             36 W Main St                            as Servicer for Embrace Home Loans
NORFOLK VA 23541-1067                    Bloomsburg, PA 17815-1703               5016 Parkway Plaza Blvd, Suite 200
                                                                                 Charlotte, NC 28217-1930


Syncb/Jcp                                Verizon                                 Walmart/GECRB
Po Box 965007                            500 Technology Dr Ste 30                P.O. Box 530927
Orlando, FL 32896-5007                   Weldon Spring, MO 63304-2225            Atlanta, GA 30353-0927


Western PA Orthopedic & Sports Medicine  Arlene E. Lester                        Kenneth P. Seitz
2 Celeste Drive                          278 Plummer Road                        Law Offices of Kenny P. Seitz
Johnstown, PA 15905-2832                 Sidman, PA 15955-3504                   P.O. Box 211
                                                                                 Ligonier, PA 15658-0211


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Embrace Home Loans, Inc.	(u)Embrace Home Loans, Inc.	End of Label Matrix
	P.O. Box 19409, Charolotte , NC 28219-94	Mailable recipients   27
		Bypassed recipients    2
		Total                 29