**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | ARLENE E. LESTER |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 14-70784JAD |

# Form 4100N
# Notice of Final Cure Payment                                          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | EMBRACE HOME LOANS INC |
| Court claim no. (if known): | 5-2 |
| Last 4 digits of any number you use to identify the debtor's account | 6 6 6 4 |
| Property Address: | 278 PLUMMER RD, SIDMAN PA 15955 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                  Amount

| | |
|---|---|
| a. Allowed prepetition arrearage: | (a) $ 3,758.50 |
| b. Prepetition arrearage paid by the trustee: | (b) $ 3,758.50 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. Allowed postpetition arrearage: | (e) $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ 3,758.50 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $469.73 |
| The next postpetition payment is due on | 12 / 1 / 2019 (MM / DD / YYYY) |

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                    **Notice of Final Cure Payment**                    page 1

| Debtor 1 | ARLENE E. LESTER | Case number *(if known)* | 14-70784JAD |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour            Date  12/05/2019
Signature

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566         Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | ARLENE E. LESTER | Case number *(if known)* | 14-70784JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 05/25/2017 | 1040499 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 90.91 |
| 06/27/2017 | 1043860 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 440.62 |
| 07/25/2017 | 1047181 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 145.61 |
| 08/17/2017 | 1043860 | EMBRACE HOME LOANS INC | CANCELLED CHECK TO CREDITOR/PRINC | -440.62 |
| 08/17/2017 | 1047181 | EMBRACE HOME LOANS INC | CANCELLED CHECK TO CREDITOR/PRINC | -145.61 |
| 09/26/2017 | 1053850 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 880.55 |
| 10/25/2017 | 1057229 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 449.92 |
| 11/21/2017 | 1060529 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 146.85 |
| 01/25/2018 | 1067192 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 293.70 |
| 02/23/2018 | 1070418 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 146.85 |
| 03/28/2018 | 1073589 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 442.48 |
| 04/24/2018 | 1076820 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 405.87 |
| 08/28/2018 | 1089646 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 281.89 |
| 09/25/2018 | 1092835 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 619.48 |
| | | | | 3,758.50 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/26/2015 | 0935665 | EMBRACE HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 2,094.03 |
| 04/24/2015 | 0939794 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 359.84 |
| 05/26/2015 | 0943967 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 396.21 |
| 06/23/2015 | 0947985 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 410.14 |
| 07/28/2015 | 0951996 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 416.24 |
| 08/26/2015 | 0956074 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 616.73 |
| 09/28/2015 | 0960029 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 412.12 |
| 10/26/2015 | 0963937 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 414.08 |
| 11/24/2015 | 0968087 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 414.15 |
| 12/22/2015 | 0972154 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 414.17 |
| 01/26/2016 | 0976145 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 621.26 |
| 02/24/2016 | 0980132 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 414.18 |
| 03/28/2016 | 0984137 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 414.18 |
| 04/22/2016 | 0988397 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 415.05 |
| 05/24/2016 | 0992339 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 415.91 |
| 06/27/2016 | 1001085 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 207.96 |
| 07/26/2016 | 1005056 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 733.60 |
| 10/26/2016 | 1016968 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 581.81 |
| 11/21/2016 | 1020345 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 300.95 |
| 11/28/2016 | 1005056 | EMBRACE HOME LOANS INC | CANCELLED CHECK TO CREDITOR/CONT | -733.60 |
| 12/21/2016 | 1023620 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,310.71 |
| 01/27/2017 | 1027038 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 583.78 |
| 02/24/2017 | 1030490 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 883.54 |
| 03/28/2017 | 1033880 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 591.45 |
| 04/21/2017 | 1037242 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 589.42 |
| 05/25/2017 | 1040499 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 498.80 |
| 06/27/2017 | 1043860 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 07/25/2017 | 1047181 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 08/17/2017 | 1043860 | EMBRACE HOME LOANS INC | CANCELLED CHECK TO CREDITOR/CONT | -444.41 |
| 08/17/2017 | 1047181 | EMBRACE HOME LOANS INC | CANCELLED CHECK TO CREDITOR/CONT | -444.41 |
| 09/26/2017 | 1053850 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,777.64 |
| 10/25/2017 | 1057229 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 11/21/2017 | 1060529 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 12/21/2017 | 1063786 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 295.63 |
| 01/25/2018 | 1067192 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 593.19 |
| 02/23/2018 | 1070418 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 03/28/2018 | 1073589 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 04/24/2018 | 1076820 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 444.41 |
| 05/25/2018 | 1080058 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 425.86 |
| 06/22/2018 | 1083264 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,277.58 |
| 07/26/2018 | 1086398 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 851.72 |
| 08/28/2018 | 1089646 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 569.83 |
| 09/25/2018 | 1092835 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 10/29/2018 | 1096032 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 11/27/2018 | 1099242 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 12/21/2018 | 1102361 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |

Debtor 1  **ARLENE E. LESTER**  
Name

Case number *(if known)* **14-70784JAD**

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 01/25/2019 | 1105507 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 02/25/2019 | 1108797 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 03/25/2019 | 1112043 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 04/26/2019 | 1115324 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 05/24/2019 | 1118731 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 06/25/2019 | 1122114 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 07/29/2019 | 1125545 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 08/27/2019 | 1129043 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 555.34 |
| 10/24/2019 | 1135666 | EMBRACE HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 853.85 |
| | | | | 29,308.14 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ARLENE E. LESTER
278 PLUMMER ROAD
SIDMAN, PA  15955

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
POB 211
LIGONIER, PA  15658

EMBRACE HOME LOANS INC
C/O ROUNDPOINT MORTGAGE SVCNG CORP
PO BOX 19409
CHARLOTTE, NC  28219

ROUNDPOINT MORTGAGE SERVICING CORP
5016 PARKWAY PLAZA BLVD
SUITE 200
CHARLOTTE, NC  28217

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


12/5/19                                         /s/ Roberta Saunier
                                                _____
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee