**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ARLENE E. LESTER

Debtor(s)                                          Case No.:14-70784 JAD

Ronda J. Winnecour                                 Chapter 13
Chapter 13 Trustee,
Movant                                             Document No.:
vs.
No Respondents.

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2019                        /s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/06/2014  and confirmed on 1/6/15 .  The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,952.15 |
| Less Refunds to Debtor | 2,408.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,543.97 |

| Administrative Fees | | |
|---|---:|---:|
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 1,734.18 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,382.18 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   EMBRACE HOME LOANS INC | 0.00 | 29,308.14 | 0.00 | 29,308.14 |
|     Acct: 6664 | | | | |
|   EMBRACE HOME LOANS INC | 3,758.50 | 3,758.50 | 0.00 | 3,758.50 |
|     Acct: 6664 | | | | |
| | | | | 33,066.64 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARLENE E. LESTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARLENE E. LESTER | 2,408.18 | 2,408.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   ADVANCED CALL CENTER TECHNOLOGI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8834 | | | | |
|   ALLEGHENY ANESTHETISTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5021 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6749 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 459.46 | 459.46 | 0.00 | 459.46 |
|     Acct: 6749 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6749 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 240.91 | 240.91 | 0.00 | 240.91 |
|     Acct: 8775 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9403 | | | | |
|   MCKELVEY OIL CO., INC. | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0510 | | | | |
| NORTHWEST CONSUMER DISCOUNT CC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0316 | | | | |
| REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0313 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 200.46 | 200.46 | 0.00 | 200.46 |
| Acct: 8334 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 194.32 | 194.32 | 0.00 | 194.32 |
| Acct: 0001 | | | | |
| GEMB/WALMART DC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2237 | | | | |
| WESTERN PA ORTHOPEDICS & | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7897 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,095.15 |

TOTAL PAID TO CREDITORS                                                                34,161.79

TOTAL
CLAIMED           0.00
PRIORITY       3,758.50
SECURED        1,095.15

Date: 12/23/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ARLENE E. LESTER

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:14-70784 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                    BY THE COURT:

                    _____
                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70784-JAD
Arlene E. Lester                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch              Page 1 of 2              Date Rcvd: Dec 23, 2019
                               Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Arlene E. Lester,    278 Plummer Road,   Sidman, PA 15955-3504
13951303       +Advanced Call Center Technologies, LLC,    P.O. Box 9091,   Gray, TN 37615-9091
13951304       +Allegheny Anesthetists, LLC,    P.O. Box 108,   Hollidaysburg, PA 16648-0108
13951305       +Bby/Cbna,    50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13951309       +Embrace Home Loans,    P.O. Box 8068,   Virginia Beach, VA 23450-8068
14015329       +Embrace Home Loans, Inc.,    3637 Sentara Way,   Virginia Beach, VA 23452-4262
14697539        Embrace Home Loans, Inc.,    P.O. Box 21409, Charlotte , NC 28219-94
13951311       +Holiday Financial Serv,    1451 Scalp Ave Ste 1,   Johnstown, PA 15904-3334
13951312       +Loancare Servicing Center,    3637 Sentara Way,   Virginia Beach, VA 23452-4262
13951313       +McKelvey Oil Company, Inc.,    447 Eisenhower Blvd.,   Johnstown, PA 15904-4400
14697813       +Roundpoint Mortgage Servicing Corp.,    as Servicer for Embrace Home Loans,
                5016 Parkway Plaza Blvd, Suite 200,   Charlotte, NC 28217-1930
13951319       +Western PA Orthopedic & Sports Medicine,    2 Celeste Drive,   Johnstown, PA 15905-2832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13975982        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 07:56:18
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13951307       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 07:50:05      Cap1/Bstby,
                26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13951308       +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 08:27:44      Cavalry Portfolio Serv,
                Po Box 27288,   Tempe, AZ 85285-7288
13951514       +E-mail/Text: bankruptcy@cavps.com Dec 24 2019 08:27:44      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13951310       +E-mail/PDF: gecsedi@recoveryonline.com Dec 24 2019 07:55:44      GECRB/JCP,   P.O. Box 960090,
                Orlando, FL 32896-0090
14005997        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 07:50:07
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13951316       +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 07:55:46      Syncb/Jcp,   Po Box 965007,
                Orlando, FL 32896-5007
13951317       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 24 2019 08:25:54
                Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13951318       +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 07:49:56      Walmart/GECRB,   P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                                  TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Embrace Home Loans, Inc.
13951306       ##+Best Buy Credit Services,   P.O. Box 183195,   Columbus, OH 43218-3195
13951314       ##+Northwest Consumer Dis,   500 Galleria Dr Ste 164,   Johnstown, PA 15904-8902
13951315       ##+Remit Corp,   36 W Main St,   Bloomsburg, PA 17815-1703
                                                                          TOTALS: 1, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7          User: msch              Page 2 of 2          Date Rcvd: Dec 23, 2019
                             Form ID: pdf900          Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Celine P. DerKrikorian    on behalf of Creditor    Embrace Home Loans, Inc. ecfmail@mwc-law.com
          James  Warmbrodt    on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Arlene E. Lester thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 5