| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Arlene E. Lester** | Social Security number or ITIN  **xxx–xx–0606** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–70784–JAD** | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Arlene E. Lester

<u>1/27/20</u>                                                                          **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 14-70784-JAD
Arlene E. Lester                                                        Chapter 13
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: culy                Page 1 of 2                  Date Rcvd: Jan 27, 2020
                              Form ID: 3180W            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Arlene E. Lester,    278 Plummer Road,    Sidman, PA 15955-3504
13951303       +Advanced Call Center Technologies, LLC,    P.O. Box 9091,    Gray, TN 37615-9091
13951304       +Allegheny Anesthetists, LLC,    P.O. Box 108,   Hollidaysburg, PA 16648-0108
13951305       +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13951309       +Embrace Home Loans,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
14015329       +Embrace Home Loans, Inc.,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14697539        Embrace Home Loans, Inc.,    P.O. Box 19409, Charolette , NC 28219-94
13951311       +Holiday Financial Serv,    1451 Scalp Ave Ste 1,    Johnstown, PA 15904-3334
13951312       +Loancare Servicing Center,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
13951313       +McKelvey Oil Company, Inc.,    447 Eisenhower Blvd.,   Johnstown, PA 15904-4400
14697813       +Roundpoint Mortgage Servicing Corp.,    as Servicer for Embrace Home Loans,
                 5016 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1930
13951319       +Western PA Orthopedic & Sports Medicine,    2 Celeste Drive,    Johnstown, PA 15905-2832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2020 03:23:07       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13975982        EDI: AIS.COM Jan 28 2020 08:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13951307       +EDI: CAPITALONE.COM Jan 28 2020 08:08:00      Cap1/Bstby,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
13951308       +E-mail/Text: bankruptcy@cavps.com Jan 28 2020 03:23:25       Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13951514       +E-mail/Text: bankruptcy@cavps.com Jan 28 2020 03:23:25       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13951310       +EDI: RMSC.COM Jan 28 2020 08:08:00      GECRB/JCP,    P.O. Box 960090,    Orlando, FL 32896-0090
14005997        EDI: PRA.COM Jan 28 2020 08:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13951316       +EDI: RMSC.COM Jan 28 2020 08:08:00      Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
13951317       +EDI: VERIZONCOMB.COM Jan 28 2020 08:08:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
13951318       +EDI: RMSC.COM Jan 28 2020 08:08:00      Walmart/GECRB,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Embrace Home Loans, Inc.
13951306      ##+Best Buy Credit Services,    P.O. Box 183195,    Columbus, OH 43218-3195
13951314      ##+Northwest Consumer Dis,    500 Galleria Dr Ste 164,    Johnstown, PA 15904-8902
13951315      ##+Remit Corp,    36 W Main St,   Bloomsburg, PA 17815-1703
                                                                                    TOTALS: 1, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: culy              Page 2 of 2              Date Rcvd: Jan 27, 2020
                              Form ID: 3180W          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
         Celine P. DerKrikorian    on behalf of Creditor    Embrace Home Loans, Inc. ecfmail@mwc-law.com
         James Warmbrodt     on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com
         Kenneth P. Seitz    on behalf of Debtor Arlene E. Lester thedebterasers@aol.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5